United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DOUGLAS C.,**

Plaintiff,

v.

**UNITED HEALTHCARE SERVICES, INC., ET AL.,**

Defendants.

Case No. 4:22-cv-02370-YGR

**ORDER OF CONDITIONAL DISMISSAL**

Dkt. No. 38

The parties to this action, by and through counsel, have advised the Court that the parties have agreed to settlement.

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, within sixty (60) days from the date of this Order, that the case should be reopened, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: December 1, 2022

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**